JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID FERNANDEZ, | NO. CV 14-3529-PA(E) |
| Petitioner, | |
| v. | JUDGMENT |
| LYDIA ROMERO, Acting warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 21, 2015.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE